# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY GLEASON, | Case No. CV 14-5061-DDP (JPR) |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| LOS ANGELES COUNTY METRO TRANSPORTATION AUTHORITY et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Action with Prejudice Under Federal Rules of Civil Procedure 8(a) and 12(b)(6),

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: <u>December 30, 2014</u>

DEAN D. PREGERSON
U.S. DISTRICT JUDGE